**DENIED and Opinion Filed May 13, 2024**



In The

# Court of Appeals
## Fifth District of Texas at Dallas

### No. 05-23-01212-CV

## IN RE YORKSHIRE WEST CAPITAL INC., Relator

**Original Proceeding from the 116th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-94-03613**

## MEMORANDUM OPINION

Before Justices Pedersen, III, Nowell, and Miskel
Opinion by Justice Pedersen, III

In its December 1, 2023 petition for writ of mandamus, relator challenges a trial court's post-judgment order vacating a previously issued turnover order, contending it is void for having been issued after the trial court's plenary power expired.

Entitlement to mandamus relief requires a relator to show that the trial court clearly abused its discretion and that the relator lacks an adequate appellate remedy. *In re Prudential Ins. Co. of Am.*, 148 S.W.3d 124, 135–36 (Tex. 2004) (orig. proceeding). A trial court abuses its discretion by entering a void order, and the relator need not establish lack of an adequate appellate remedy to obtain mandamus

relief. *In re Briseno*, No. 05-22-01174-CV, 2022 WL 17663634, at *1 (Tex. App.—Dallas Dec. 14, 2022, orig. proceeding) (mem. op.). After reviewing the petition, the response, the reply, and the record before us, we conclude that relator has failed to demonstrate entitlement to mandamus relief.

Accordingly, we deny the petition for writ of mandamus. *See* TEX. R. APP. P. 52.8(a).

/Bill Pedersen, III/
BILL PEDERSEN, III
JUSTICE

231212F.P05